**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 08/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VANESSA JIMENEZ, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

THE GREAT OREGON WINE COMPANY,

        Defendant.

---

22-CV-5387 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 18, 2022, Defendant appeared and filed an answer in this action. By August 26, 2022, the parties shall file the joint letter described in the Court's Order of July 6, 2022.

SO ORDERED.

Dated:    August 19, 2022
          New York, New York

_____
Ronnie Abrams
United States District Judge